McCLANAHAN, J.,
concurring.
I join the majority opinion and concur with its reasoning except in one detail. I do not think it appropriate for us to discourage trial courts from exercising direct payment authority under Code § 20-108.1(B)(6) on the ground that it “may lead to administrative and accounting problems between the parties.” Ante, at 261, 590 S.E.2d at 630. That admonition comes perilously close to commenting on the “ ‘propriety, wisdom, necessity and expedience’ ” of legislation. Mouberry v. Commonwealth, 39 Va.App. 576, 585, 575 S.E.2d 567, 571 (2003) (quoting Willis v. Mullett, 263 Va. 653, 658, 561 S.E.2d 705, 709 (2002)). See Harrison v. Day, 202 Va. 967, 973, 121 S.E.2d 615, 619 (1961) (“Courts have nothing to do with the wisdom of legislation.”); see also Dale v. City of Newport News, 18 Va.App. 800, 802, 447 S.E.2d 878, 879 (1994).